## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY SWACK, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE FIRST BOSTON and MARK WOLFENBERGER,<br><br>        Defendants. | C.A. No. 02-11943-DPW |

### AFFIDAVIT OF TERRY SWACK

First being duly sworn, Terry Swack states as follows:

1.      My name is Terry Swack. I was designated Lead Plaintiff in this action by an order of the Court dated April 3, 2002.

2.      I reside in Brookline, Massachusetts.  I graduated from the Philadelphia College of Art with a BFA (Bachelor of Fine Arts) degree.

3.      I was the sole owner of TS Design, Inc., an internet strategy and product firm that I founded.  My firm was located in Boston, Massachusetts and had approximately 15 employees at the time I sold the business to Razorfish, Inc. for Razorfish common stock on November 30, 1999.

4.      I did not have access to any non-public information concerning Razorfish in connection with the sale of my business to Razorfish, and I relied on the integrity of the market price for Razorfish stock in agreeing to sell my business for Razorfish stock.

5.      In connection with the sale of my business, I reviewed and relied on published financial statements of Razorfish through the third quarter of 1999.  I also studied the web site of Razorfish and familiarized myself with the company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December _16_ , 2004

_____
Terry Swack