UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY SWACK, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE FIRST BOSTON and MARK WOLFENBERGER,<br><br>Defendants. | C.A. No. 02-11943-DPW |

## AFFIDAVIT OF THOMAS G. SHAPIRO

First being duly sworn, Thomas G. Shapiro states as follows:

1. My name is Thomas G. Shapiro. I am a member of the bar of this court and a partner in the firm of Shapiro Haber & Urmy LLP.

2. A resume of the firm is attached hereto as Exhibit 1.

Signed under the pains and penalties of perjury this 29th day of December, 2004.

/s./ Thomas G. Shapiro
Thomas G. Shapiro (BBO # 454680)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939